UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| IN RE ROBERT BENTLEY MARLOW, ) <br> ) <br> Debtor ) <br> ) <br> ROBERT BENTLEY MARLOW, ) <br> ) <br> Plaintiff/Appellant, ) <br> ) <br> v. ) <br> ) <br> ) <br> THE UNITED STATES DEPARTMENT ) <br> OF EDUCATION; SALLIE MAE, INC.; ) <br> THE UNIVERSITY OF TENNESSEE; and ) <br> EDUCATIONAL CREDIT MANAGEMENT ) <br> CORPORATION, ) <br> ) <br> Defendants/Appellees. ) | CIVIL ACTION NO. 3:13-24 <br><br><br> **ORDER** |

\*\*\* \*\*\* \*\*\* \*\*\*

For the reasons set forth in the accompanying Memorandum Opinion, the decision of the bankruptcy court is hereby **AFFIRMED** and Robert Bentley Marlow's appeal is **DISMISSED**. The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED**.

This 11th day of July, 2013.



ENTERED AS A JUDGMENT
  s/ *Debra C. Poplin*
  CLERK OF COURT